Memorandum Decisions.

Savannah, Florida & Western Railway Company, a corporation under the laws of Florida, Plaintiff in Error, vs. Ola Brink, Defendant in Error.

Writ of error to Circuit Court, Duval county; R. M. Call, Judge.

*John E. Hartridge,* for Plaintiff in Error.

*Barrs & Bryan,* for Defendant in Error.

This action was brought by the defendant in error against the plaintiff in error. There was judgment for the plaintiff, and the defendant takes writ of error. Dismissed on motion of counsel for defendant in error.

Decision Per Curiam.

Simeon Strickland and N. B. Strickland, his wife, and W. H. Wesley and Katie M. Wesley, his wife, Appellants vs. Pensacola Land & Lumber Company, a corporation under the laws of Florida, Appellee.

Appeal from Circuit Court, Holmes county; Evelyn C. Maxwell, Judge.

*Daniel Campbell and Jno. C. Avery,* for Appellants.

*Blount & Blount,* for Appellees.

The bill in this cause was filed by the appellee against the appellants. There was decree for the complainant, and the defendants appeal. Dismissed on praecipe of counsel for appellants.

Decision Per Curiam.